In the Matter of the Application to Refer the Controversy Between Benjamin Stolz, as Receiver of the Central City Water Works Company, Appellant, and

the City of Syracuse, New York, Respondent.— Order affirmed, with ten dollars costs and disbursements, but not on the ground of want of power. All concurred; McLennan, P. J., not sitting.